85 So.2d 905

■

### Taylor A. CALLOWAY

v.

### HOUSING AUTHORITY OF BIRMING-HAM DISTRICT.

6 Div. 982.

Supreme Court of Alabama.

Dec. 1, 1955.

Locke & Locke, Birmingham, for appellant.

Maurice F. Bishop and J. K. Jackson, Birmingham, for appellee.

PER CURIAM.

Appeal dismissed.

SIMPSON, GOODWYN, MERRILL and MAYFIELD, JJ., concur.

85 So.2d 905

■

### DUNN CONSTRUCTION CO.

v.

### Alton H. BELCHER et al.

8 Div. 732.

Supreme Court of Alabama.

Jan. 20, 1956.

PER CURIAM.

Appeal dismissed.

LIVINGSTON, C. J., and LAWSON, STAKELY and MAYFIELD, JJ., concur.

85 So.2d 906

■

### DWIGHT EMPLOYEES ASS'N et al.

v.

### Jessie SOUTHERN.

7 Div. 293.

Supreme Court of Alabama.

Dec. 8, 1955.

Jas. F. Hinton, Gadsden, for appellants.

Copeland & Copeland, Gadsden, for appellee.

PER CURIAM.

Appeal dismissed. Supreme Court Rule 12.

LIVINGSTON, C. J., and SIMPSON, GOODWYN and MAYFIELD, JJ., concur.